UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM D403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 20, 2013**

Mr. Thomas Rea
1105 McArthur Drive
Jacksonville, AR 72076

Re: *Rea v. Wal-Mart Stores Arkansas, LLC*, 4:12-CV-00195-BRW

Dear Mr. Rea:

I have received Defendant's Motion for Summary Judgment, which was filed on January 31, 2013.

I assume that since you have not filed a response,[1] you agree with Defendant's position. If you choose not to respond by 5:00 p.m. on Thursday, February 28, 2013, I will grant the motion.

Cordially,

/s/ Billy Roy Wilson

Original to the Clerk of the Court
cc: Other Counsel of Record

[1]The response was due on Tuesday, February 19, 2013.