IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

THOMAS REA                                                                                              PLAINTIFF

Vs.                              4:12CV00195-BRW

WAL-MART

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered granting Defendant's Motion for Summary Judgment and dismissing Plaintiff's claims with prejudice.

IT IS SO ORDERED this 1st day of April, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE